■ In the Matter of MILTON GROBOW, Respondent, v FRED THIELE et al., Constituting the Town Board of the Town of Southampton, et al., Appellants. [628 NYS2d 596] —Appeal by Fred Thiele, Marietta Seaman, Robert Hunter, James Needham, Douglas Penny, Arthur Siegmann, William Masterson, and the Town of Southampton Department of Building and Zoning from a judgment of the Supreme Court, Suffolk County (Underwood, J.), dated January 21, 1994.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Underwood at the Supreme Court. Miller, J. P., Altman, Goldstein and Florio, JJ., concur.